Michael W. Chen, Esquire
Arizona Bar No. 17967
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. 1115034414 / Our File No. 07-12-9678

Attorney for Secured Creditor
America's Servicing Company, as servicing agent for RFC Sub

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:

DAWN MARIE RUD

Debtor(s)

CHAPTER 13

BANKRUPTCY NO.: 07-00521-TUC-EWH

America's Servicing Company, as
servicing agent for RFC Sub
                     Movant(s)
v.

DAWN MARIE RUD, Debtor(s)
Dianne Kerns, Trustee,

                     Respondant(s)

### STIPULATED ORDER FOR ADEQUATE PROTECTION AND TERMINATION OF AUTOMATIC STAY UPON NON-PAYMENT

THIS MATTER HAVING beens ettled and both parties agreeing, Michael W. Chen, Esq. of THE COOPER CASTLE LAW FIRM attorneys of record for Secured Creditor, and DAWN MARIE RUD represented by Allan D. Newdelman, Esq., and this Court being fully advised on the premises, and good cause appearing;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that DEBTOR(S) shall maintain regular monthly post-petition payments on Secured Creditor's 1st Trust Deed obligation, encumbering the subject Property, generally described as 15443 South Sanford Place, Arizona City, AZ 85223 ("Property" herein) and legally described as follows:

SEE ATTACHED SCHEDULE A

in a timely fashion, commencing with the July 1, 2008 payment, and continuing thereafter on the first day of each month. Payments are due on the 1st day of each month. Said payments shall be made directly to America's Servicing Company, One Home Campus, BK Payment Processing, MAC #X2302-045, Des Moines, IA 50328.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that DAWN MARIE RUD shall make additional payments to the above referenced address in the amount of $499.63 each, commencing July 20, 2008 and continuing for six (6) months until the post-petition arrearages owing on Secured Creditor's 1st Trust Deed are cured. A definition of said arrearages are detailed in the table listed below:

| | |
|---|---|
| 2 monthly payments at $1,573.42 | $3,146.84 |
| April 2008 through May 2008 | |
| Accrued Late Charges | $306.78 |
| Post-Petition Attorney Fees | $250.00 |
| Less: Suspense Amount | <$705.84> |
| Total Post-Petition Arrearage | $2,997.78 |

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor shall pay into the plan **on time** and must **remain current** as previously directed by the Trustee, subject to any modifications to the Plan and/or moratorium/waiver requests.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all actions taken by the Secured Creditor's in regards to the statutory remedies afforded under State Foreclosure Statutes are in full force and effect until Secured Creditor's Proof of Claim is paid in full.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event that the Debtor fails to comply with the regular monthly or stipulated payments ordered above, Secured Creditor shall send to the Debtor a written notice of default to DAWN MARIE RUD at 15443 South Sanford Place, Arizona City, AZ 85223 with a copy sent to the Debtors counsel Allan D. Newdelman, Esq., located at Allan D. Newdelman PC, 80 E. Columbus Avenue, Phoenix, AZ 85012, stating that the Debtor shall have twenty (20) days to cure. An additional attorney's fee of $100.00 will be incurred for each notice of default. In the event that the Debtor fails to timely cure said default of payments after the twenty (20) day period has expired, Secured Creditor shall submit an Exparte Order Terminating the Automatic Stay. Upon entry of the Exparte Order, the Automatic Stay shall be immediately extinguished for all purposes as to Secured Creditor, America's Servicing Company, as servicing agent for RFC Sub, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's Sale on the subject property, pursuant to applicable state law, and commence any action necessary to obtain complete possession of the subject Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event case converts to a Chapter 7 proceeding the Secured Creditor will issue the same written notice as stated above for the total arrears to include pre-petition debt (if it should exist) that would have been handled through the Chapter 13 plan which would no longer exist, Debtor will be given the same twenty (20) day period to cure. In the event Debtor fails to cure said arrears after the twenty (20) day period has expired, Secured Creditor shall submit an Exparte Order Terminating the Automatic Stay. Upon entry of the Exparte Order, the Automatic Stay shall be immediately extinguished for all purposes as to the Secured Creditor, America's Servicing Company, as servicing agent for RFC Sub its assignees and/or successors in interest, may proceed with a

|   | |
|---|---|
| 1 | IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all actions taken by the Secured Creditor's in regards to the statutory remedies afforded under State Foreclosure Statutes are in full force and effect until Secured Creditor's Proof of Claim is paid in full. |

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all actions taken by the Secured Creditor's in regards to the statutory remedies afforded under State Foreclosure Statutes are in full force and effect until Secured Creditor's Proof of Claim is paid in full.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event that the Debtor fails to comply with the regular monthly or stipulated payments ordered above, Secured Creditor shall send to the Debtor a written notice of default to DAWN MARIE RUD at 15443 South Sanford Place, Arizona City, AZ 85223 with a copy sent to the Debtors counsel Allan D. Newdelman, Esq., located at Allan D. Newdelman PC, 80 E. Columbus Avenue, Phoenix, AZ 85012, stating that the Debtor shall have twenty (20) days to cure. An additional attorney's fee of $100.00 will be incurred for each notice of default. In the event that the Debtor fails to timely cure said default of payments after the twenty (20) day period has expired, Secured Creditor shall submit an ExParte Order Terminating the Automatic Stay. Upon entry of the ExParte Order, the Automatic Stay shall be extinguished.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event case converts to a Chapter 7 proceeding the Secured Creditor will issue the same written notice as stated above for the total arrears to include pre-petition debt (if it should exist) that would have been handled through the Chapter 13 plan which would no longer exist, Debtor will be given the same twenty (20) day period to cure. In the event Debtor fails to cure said arrears after the twenty (20) day period has expired, Secured Creditor shall submit an Exparte Order Terminating the Automatic Stay. Upon entry of the Exparte Order, the Automatic Stay shall be extinguished.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Submitted by:

THE COOPER CASTLE LAW FIRM

By: _____ Date: _____
Michael W. Chen, Esq.
Attorney for Secured Creditor
America's Servicing Company, as servicing agent for RFC Sub

(APPROVED)/~~DISAPPROVED~~

By: _____*signature*_____ Date: 6/30/08
Allan D. Newdelman, Esq.
Attorney for DAWN MARIE RUD

(APPROVED)/~~DISAPPROVED~~

By: _____*Dawn M Rud*_____ Date: 6-10-08
DAWN MARIE RUD
Debtor

~~APPROVED/DISAPPROVED~~ No Position

By: _____*Craig Morris for*_____ Date: 7-8-08
Dianne Kerns
Standing Trustee

Escrow No. 21050831

# EXHIBIT A

Lot 313, of Arizona City Unit Seven, according to the plat of record in the office of the County Recorder of Pinal County, recorded in Book 15 of Maps, Page 27.

