**ORDERED.**

Dated: May 11, 2009



*Eileen W. Hollowell*
EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge

---

Marty G. Baker, Esq. (AZ Bar No. 025278)
Macie J. Hawkes, Esq. (AZ Bar No. 026012)
ROUTH CASTLE COOPER OLSEN, LLC
A Multi-Jurisdictional Law Firm
22601 North 19th Avenue, Suite 201
Phoenix, Arizona 85027
(623) 582-1222
File No.: 8261.30246

Attorneys for AMERICA'S SERVICING COMPANY, AS SERVICING AGENT FOR RFC SUB, its successors and or assigns

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA - TUCSON DIVISION

| | |
|---|---|
| IN RE:<br><br>DAWN MARIE RUD<br><br>DEBTOR. | Case No.: 07-00521-EWH<br><br>Chapter: 13<br><br>**ORDER FOR RELIEF** |
| AMERICA'S SERVICING COMPANY, AS SERVICING AGENT FOR RFC SUB, its successors and or assigns<br><br>Movant,<br><br>v.<br><br>DAWN MARIE RUD, Debtor; and Dianne C. Kerns, Chapter 13 Trustee<br><br>Respondents. | |

Movant's Declaration Concerning Default of Stipulation Re Adequate Protection Order along with the form of proposed Order Lifting Stay having been duly served upon Respondent, and the Trustee and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.   The automatic stay of 11 United States Code section 362 is hereby terminated as it applies to the enforcement by Movant of all rights in the real property under the

Note and Deed of Trust commonly known as 15443 South Sanford Pl., Arizona City, AZ, 85223, which is legally described as:

SEE LEGAL DESCRIPTION ATTACHED TO THE
MOTION FOR RELIEF FROM THE AUTOMATIC
STAY AND FILED ON BEHALF OF MOVANT
AND MADE APART THEREOF.

DATED this _____ day of _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE